

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00422-CV

**IN THE INTEREST OF S.G., I.J.G., AND A.R.G**., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2005EM503442
Honorable Eric J. Rodriguez, Judge Presiding

# O R D E R

On August 17, 2022, we ordered appellant to show cause in writing by September 1, 2022 stating either the filing fee had been paid or he was entitled to appeal without paying the filing fee. On September 1, 2022, appellant filed a response indicating he submitted payment. We therefore reinstate the appellate deadlines and order the appellate record due **by October 3, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court